92 F.3d 1171
 Yuan Jin
v.
Temple University, a Commonwealth University, Peter
Liacouras, Dr., President of Temple University, Carolyn T.
Adams, as Dean of College of Arts and Sciences, Kristl
Wiernicki, as Associate Vice President of Student Affairs
and Dean of Students, University Disciplinary Committee,
Charles Weitz, Dr., as Chairman of Anthropology Department,
Niyi Akinnaso, as Professor of Anthropology
 NO. 96-1035
 United States Court of Appeals,
Third Circuit.
 July 23, 1996
 
 Appeal From: E.D.Pa., No. 95-cv-02573,
 Dalzell, J.
 
 
 1
 AFFIRMED.